IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TADEO E. AVILES ZUNIGA,<br><br>Defendant. | PO-20-05053-GF-JTJ<br><br>VIOLATION:<br>9712045<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 9712045 (for a total of $70), and for good cause shown, **IT IS ORDERED** that the $70 fine paid by the defendant is accepted as a full adjudication of violation 9712045.  **IT IS FURTHER ORDERED** that the bench warrant issued on or about September 17, 2020, is **QUASHED**.

DATED this 23rd day of September, 2020.

_____
John Johnston
United States Magistrate Judge